# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-723
_____

M.H., Father of A.H., Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Anthony B. Miller, Judge.

September 17, 2021

PER CURIAM.

DISMISSED. *N.S.H. v. Dep't of Children & Family Servs.*, 843 So. 2d 898 (Fla. 2003) (stating that dismissal is appropriate when appellant fails to timely prosecute an appeal from an order terminating parental rights).

KELSEY, NORDBY, and LONG, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————


M.H., pro se, Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee, for Appellee; Thomasina F. Moore, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee for Appellee Guardian ad Litem.